**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

09 JUL -6 PM 12: 14

US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS DIAZ-RODRIGUEZ,<br><br>Defendant. | CASE NO.  09CR2309-JM<br><br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

___    an indictment has been filed in another case against the defendant and
       the Court has granted the motion of the Government for dismissal of
       this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of
       acquittal; or

___    a jury has been waived, and the Court has found the defendant not
       guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) of: Title 8, U.S.C., Sec. 1326(a) and (b) - Deported
                            Alien Found in the United States (Felony)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


DATED: JULY 2, 2009

                                    _____
                                    CATHY ANN BENCIVENGO
                                    UNITED STATES MAGISTRATE JUDGE